**Order entered January 14, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01202-CV

### HADDINGTON FUND, LP, ET AL., Appellants

### V.

### BRADLEY S. KIDWELL, ET AL., Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02197-2016**

## ORDER

Before the Court is the January 13, 2020 second request of Latresta Ginyard, Official Court Reporter for the 199th Judicial District Court¸ for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **January 23, 2020**. We caution Ms. Ginyard that further requests for extension will be disfavored.

/s/    ERIN A. NOWELL
JUSTICE